1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  RONALD D. SALTENIS

7

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11

12
   | RONALD D. SALTENIS, | ) | Case No.: 2:15-cv-01047-JCM-VCF |
13 | | ) | |
   | Plaintiff, | ) | STIPULATION TO EXTEND |
14 | | ) | BRIEFING SCHEDULE (First |
   | vs. | ) | Request) |
15 | | ) | |
   | CAROLYN W. COLVIN, Acting | ) | |
16 | | ) | |
   | Commissioner of Social Security, | ) | |
17 | | ) | |
   | Defendant | ) | |
18 | | ) | |

19
        Plaintiff Ronald D. Saltenis ("Plaintiff") and defendant Carolyn Colvin,
20
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
21
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
22
   for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to October 20,
23
   2015; and that Defendant shall have until November 19, 2015, to file her
24
   opposition, if any is forthcoming. Any reply by plaintiff will be due December 9,
25
   2015.
26

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 16, 2015,     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff RONALD D. SALTENIS

DATED:  September 16, 2015   Daniel G. Bogden
United States Attorney

*/S/- Richard Rodriguez

_____
Richard Rodriguez
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

No further extensions will be granted, absent compelling reasons for further delay.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2015
_____

-2-