# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| RONALD D. SALTENIS, | |
| Plaintiff, | 2:15-cv-01047-JCM-VCF |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, acting Commissioner of Social Security, | |
| Defendant. | |

Before the court is the parties' Stipulation to Extend Briefing Schedule (#18).

IT IS HEREBY ORDERED that an in-chambers' telephonic hearing on the parties' Stipulation to Extend Briefing Schedule (#18) is scheduled for 11:00 a.m., October 27, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 22nd day of October, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE