Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Ronald D. Saltenis

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD D. SALTENIS, | Case No.: 2:15-cv-01047-JCM-VCF |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Ronald D. Saltenis ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security

///

-1-

1
2  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
3  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
4  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
5  order of the Court.

DATE: November 6, 2015            Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Ronald D. Saltenis

DATE: November 6, 2015            DANIEL G. BOGDEN
United States Attorney

/s/ *Richard Rodriguez*
_____
Richard Rodriguez
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Ronald D. Saltenis
6

7
                  **UNITED STATES DISTRICT COURT**
8                       **DISTRICT OF NEVADA**

9

10

11 | RONALD D. SALTENIS,              ) Case No.: 2:15-cv-01047-JCM-VCF
                                      )
12 |                                  )        ORDER OF
                Plaintiff,            ) DISMISSAL
13 |                                  )
        vs.                           )
14 | CAROLYN W. COLVIN, Acting        )
     Commissioner of Social Security, )
15 |                                  )
                                      )
16 |            Defendant.            )
                                      )
17 |_____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21 DATE: November 10, 2015.          _____
22                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

-1-

1 | DATE: November 6, 2015
Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

BY: /s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorney for plaintiff Ronald D. Saltenis